# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: VICENTE NOLASCO & MARINA J. RODRIGUEZ        Case Number: 07-70265
207 RIDGESTONE TRAIL        SSN-xxx-xx-1642 & xxx-xx-1107
POPLAR GROVE, IL  61065

Case filed on:         2/8/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,650.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 006 | ACCOUNTS RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALLIANCE ONE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CODILIS & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JOHN P. FRYE, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PALISADES COLLECTION, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PRIMARY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 16,399.79 | 16,399.79 | 0.00 | 0.00 |
|  | Total Priority | 16,399.79 | 16,399.79 | 0.00 | 0.00 |
| 035 | VICENTE NOLASCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | VICENTE NOLASCO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 29,111.46 | 29,111.46 | 0.00 | 0.00 |
| 002 | NISSAN MOTOR ACCEPTANCE CORP | 24,609.43 | 24,609.00 | 348.69 | 1,199.70 |
| 003 | SUNRISE CARTAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 53,720.89 | 53,720.46 | 348.69 | 1,199.70 |
| 002 | NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.43 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 124.26 | 124.26 | 0.00 | 0.00 |
| 005 | AAA BONDING AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 854.07 | 854.07 | 0.00 | 0.00 |
| 010 | CARDMEMBER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHASE NATIONAL PAYMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,193.80 | 1,193.80 | 0.00 | 0.00 |
| 015 | GC SERVICES LIMITED PARTNERSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GREAT SOUTHERN LIFE INSURANCE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PORTFOLIO RECOVERY ASSOCIATES | 824.54 | 824.54 | 0.00 | 0.00 |
| 019 | NEXTEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NISSAN MOTOR ACCEPTANCE CORP | 12,496.74 | 12,496.74 | 0.00 | 0.00 |
| 021 | LVNV FUNDING LLC | 99.28 | 99.28 | 0.00 | 0.00 |
| 024 | T-MOBILE | 95.99 | 95.99 | 0.00 | 0.00 |
| 025 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | AFNI/VERIZON | 905.09 | 905.09 | 0.00 | 0.00 |
| 027 | WELLS FARGO FINANCIAL | 3,029.55 | 3,029.55 | 0.00 | 0.00 |
| 028 | WOLPOFF & ABRAMSON LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PETRA NOLASCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CAPITAL ONE | 817.18 | 817.18 | 0.00 | 0.00 |
| 031 | CAPITAL ONE | 766.08 | 766.08 | 0.00 | 0.00 |
| 032 | CAPITAL ONE | 1,073.54 | 1,073.54 | 0.00 | 0.00 |
| 033 | PORTFOLIO RECOVERY ASSOCIATES | 854.07 | 854.07 | 0.00 | 0.00 |
| 034 | PORTFOLIO RECOVERY ASSOCIATES | 1,770.64 | 1,770.64 | 0.00 | 0.00 |
|  | Total Unsecured | 24,904.83 | 24,905.26 | 0.00 | 0.00 |
|  | Grand Total: | 97,525.51 | 97,525.51 | 348.69 | 1,199.70 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $1,548.39 |
| Trustee Allowance: | $101.61 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007　　　　　　　By  /s/Heather M. Fagan